UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW L. SMITH,<br>      Plaintiff,<br><br>-v-<br><br>PIONEER CREDIT RECOVERY, INC.,<br>      Defendant. | No. 1:19-cv-214<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 32), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 2, 2020           /s/ Paul L. Maloney
                          Paul L. Maloney
                          United States District Judge